# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:11-CR-205-3 |
| | ) | |
| RENADA GIVENS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| HR OUTSOURCING ENTERPRISES, LLC, | ) | |
| | ) | |
| | ) | |
| Garnishee. | | |

## ORDER FOR ISSUANCE OF
## WRIT OF CONTINUING GARNISHMENT

Before the Court is the United States' Application for Writ of Continuing Garnishment to Garnishee, HR Outsourcing Enterprises, LLC, for substantial nonexempt property belonging to or due the Defendant-Judgment Debtor, Renada Givens. Upon consideration, the Court finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and hereby GRANTS the application.

THIS COURT ORDERS the issuance of the accompanying Writ of Continuing Garnishment to the Garnishee.

THIS COURT FURTHER ORDERS that the Clerk of Court shall issue a Clerk's Notice of Garnishment, which shall be prepared by counsel for the United States, in accordance with 28 U.S.C. § 3202(b).

THIS COURT FURTHER ORDERS that, pursuant to 28 U.S.C. § 3205(c)(3), the United States shall serve the Garnishee with a copy of the Application, Writ of Continuing Garnishment,

Clerk's Notice of Garnishment, this Order, and a proposed Answer form with instructions for compliance. After the Garnishee has been served, the United States shall serve the Defendant-Judgment Debtor with a copy of the Application, Writ of Continuing Garnishment, Clerk's Notice of Garnishment, this Order, and instructions for compliance.

**IT IS SO ORDERED** this ___ day of ___ July ___, 2016.

HONORABLE LISA GODBEY WOOD
CHIEF JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA